```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 13972
    KIMBERLY LOUISE INGRAM
    SHANE ALAN INGRAM                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-6857    SSN XXX-XX-4135
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/30/06 and confirmed on 01/10/07.

    2.  The case was dismissed after confirmation, 08/01/2008.

    3.  The Debtor paid a total of $  10662.64 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CARRINGTON MORTGAGE SERV | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 6510.00 | 626.12 | 3202.36 |
| AMERILOAN | UNSECURED | NOT FILED | .00 | .00 |
| A R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| BANK FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| BORROW CASH NOW | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CASH ADVANCE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CASH NET GLOBAL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| OSI FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 488.37 | .00 | 61.99 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CASHNET USA | UNSECURED | NOT FILED | .00 | .00 |
| EBI | UNSECURED | NOT FILED | .00 | .00 |
| FSM GROUP | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 895.20 | .00 | 135.15 |
| GROOT DISPOSAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARLEY DAVIDSON CREDIT | UNSECURED | 9100.26 | .00 | 1373.80 |
| INTERIM CASH LTD | UNSECURED | NOT FILED | .00 | .00 |
| MCHENRY RADIOLOGY & IMAG | UNSECURED | NOT FILED | .00 | .00 |
| ONE STEP CASH | UNSECURED | NOT FILED | .00 | .00 |
| SONIC PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| AMERILOAN | UNSECURED | NOT FILED | .00 | .00 |
| COUNTY BANK | UNSECURED | NOT FILED | .00 | .00 |

```
AMERILOAN                   UNSECURED       NOT FILED            .00          .00
RICHMOND TOWNSHIP FIRE P    UNSECURED       NOT FILED            .00          .00
SBC AMERITECH               UNSECURED       NOT FILED            .00          .00
SEARS BKRUPTCY RCVRY MGM    UNSECURED       NOT FILED            .00          .00
SHORT TERM LOAN             UNSECURED         531.25             .00        67.44
BANK FINANCIAL              UNSECURED       NOT FILED            .00          .00
SWISS COLONY                UNSECURED       NOT FILED            .00          .00
MTE FINANCIAL SRVS          UNSECURED       NOT FILED            .00          .00
THE CASH STORE              UNSECURED       NOT FILED            .00          .00
LOAN SHOP                   UNSECURED       NOT FILED            .00          .00
VILLAGE OF MCCULLOM LAKE    UNSECURED         626.00             .00        94.50
WELLS FARGO FINANCIAL AC    UNSECURED        9268.91             .00      1690.56
ZANK COEN & WRIGHT PC       UNSECURED       NOT FILED            .00          .00
ZIP CASH LLC                UNSECURED       NOT FILED            .00          .00
RESURGENT CAPITAL SERVIC    UNSECURED         552.21             .00        70.09
```

Summary of disbursements:

```
                    SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
TOTAL CLMS ALLOWED  6510.00          .00     21462.20         .00       27972.20
PRINCIPAL PAID      3202.36          .00      3493.53         .00        6695.89
INTEREST PAID        626.12          .00           .00         .00         626.12
TOTAL PAID          3828.48          .00      3493.53         .00        7322.01
```

The Debtor's attorney, MYLER RUDDY & MCTAVISH          , was allowed $   3000.00
and was paid $    126.00  direct and $   2874.00   through the plan.

The Trustee received $     466.63 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/12/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                              PAGE   3
     CASE NO. 06 B 13972 KIMBERLY LOUISE INGRAM & SHANE ALAN INGRAM
```